# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTIAN CONRAD CLAUS

VERSUS

AISHA LEINTZ-MCKENZIE

NO.　2021 CW 0547

**JULY 30, 2021**

---

In Re:　Aisha Leintz-McKenzie, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2021-10219.

---

**BEFORE:　THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This action does not preclude the re-filing of the exception raising the objection of lack of subject matter jurisdiction wherein the parties may introduce evidence to clarify the exact legal status of a Nevada domestic partnership and how it equates to the term "family" under Louisiana law.

**MRT**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT